✎ GAM 35  
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No.  3:06-CR-41-003(CAR) |
| **JACKIE BOWMAN** | |

On May 19, 2009, Jackie Bowman was committed to the Federal Bureau of Prisons for one hundred-twenty (120) months imprisonment followed by a five (5) year term of supervised release, for the offense of Possession With Intent to Distribute Over 50 Grams of Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(iii).

On December 28, 2015, Bowman commenced the term of supervised release. He has complied with the rules and regulations of supervised release, has received the maximum benefit of supervision and is no longer in the need of supervision. It is accordingly recommended Bowman be discharged from his term of supervised release.

Respectfully submitted,

J. Allen Bell
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  20th  day of  July , 2020.

s/C. Ashley Royal

THE HONORABLE C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE